Eddie Lee MITCHELL

v.

STATE

CR-13-1922

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/13/2015

Affirmed

Earnest C. McREYNOLDS

v.

STATE

CR-13-1933

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Wesley Randall QUICK

v.

ALABAMA DEP'T OF CORR.

CR-13-1931

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

STATE

v.

Michael Scott BIDDLE

CR-13-1936

Court of Criminal Appeals of Alabama.

03/12/2015

Transferred to Sup. Ct.

EX PARTE Justin APPLEGATE

CR-13-1932

Court of Criminal Appeals of Alabama.

01/29/2015

Mand. pet. denied